UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR SAAVEDRA-SANTIAGO,

    Defendant.

_____/

Cr. No. 7:16-cr-00021-BO-1

ORDER TO SEAL

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 97 in the above-captioned case be sealed.

This the 14 day of November, 2016.

                                              Terrence Boyle
                                              UNITED STATES DISTRICT JUDGE