UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-21-2BO

FILED IN OPEN COURT
ON 2/28/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR SAAVEDRA-SANTIAGO | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Drug Enforcement Administration to dispose of a Ruger P-90, .45 caliber handgun, serial number 663-62283, a Del-Ton Inc. DTI-15, 5.56 caliber rifle, serial number S035675, an Armi FLLI, 3.80 caliber handgun, serial number T45690, and assorted ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 28 day of February, 2018.

TERRENCE W. BOYLE
United States District Judge